# United States District Court
# District of Massachusetts

ANDRES RAMON MELO,
    Plaintiff,

                                                 CIVIL ACTION NO:
    v.                                               11-10030-RBC

STAVROS REALTY, INC., ET AL
    Defendants.

## ORDER RE: SETTLEMENT

COLLINGS, U.S.M.J.

    Counsel have advised that the above-styled case has settled. Accordingly, counsel are directed to file the papers necessary to remove this case from the Court's docket **on or before the close of business on Friday, October 28, 2011.**

                                               /s/ ROBERT B. COLLINGS
                                               ROBERT B. COLLINGS
                                               United States Magistrate Judge

September 26, 2011.